# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

v.                      **CASE NO. 4:98CR00123**

**JESSE FRANK PARRAZ**                                             **DEFENDANT**

## ORDER OF REASSIGNMENT

Due to the death of Judge George Howard, Jr., the Clerk has been delegated the authority to randomly reassign closed criminal cases with pending matters that were originally assigned to Judge Howard. On October 10, 2008, the Clerk's office received a letter stamped "Legal Mail" from the Defendant in the above-referenced case, that may require some action by the Court.

Therefore, this case has been randomly reassigned to the docket of Judge **Susan Webber Wright**.

Dated this 15th day of October, 2008.

                                                                JAMES W. McCORMACK
                                                                CLERK OF COURT

                                                                By: /s/ Brenda Williams
                                                                     Deputy Clerk

cc:       Hon. Susan Webber Wright
            Courtroom Deputy
            U. S. Probation Office
            Counsel of Record