**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| VS. | * * | NO: 4:98CR00123   SWW |
| JESSE FRANK PARRAZ | * * | |

**ORDER**

The Court is in receipt of the attached letter from Defendant Jesse Frank Parraz stating that the Bureau of Prisons has failed to adhere to Judge Howard's order entered January 13, 2003, which provides that Defendant's sentence of imprisonment "shall be served concurrent to the sentence he received in California in *People v. Jesse Parraz*, Tulare County Superior Court, No. 47018." Docket entry #195.  Defendant requests that a certified copy of the order be sent to the Bureau of Prisons or that he receive information regarding the proper course he should take "to bring this matter to a close."

A prisoner may attack the execution of his sentence with a habeas corpus petition filed under 28 U.S.C. § 2241 in the district where he is incarcerated.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 447. 2722 (2004).  Defendant is currently incarcerated at the Victorville Federal Correctional Complex in Adelanto, California.  Accordingly, if Defendant wishes to challenge the enforcement of his sentence, he should file a petition pursuant to 28 U.S.C. § 2241 in the district of his confinement, the United States District Court for the Central District of California, naming his current warden as the respondent.  The Clerk of the Court is directed to mail a copy of the amended order entered in this case on January 13, 2003 (docket entry #195), together with

a copy of this order, to Defendant.

IT IS SO ORDERED THIS 16${}^{\text{TH}}$ DAY OF OCTOBER, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

TO: United States District Court
    Eastern District Arkansas
    Court Clerk
From: Jesse Parraz # 58481-097
RE: Case No: 4:98CR00123 H

Dear Clerk,

In regards to the Amended Judgment filed within your Court dated January 3rd 2003 which granted that my federal sentence run concurrently with my state sentence out of California. As of the drafting of this letter, the F.B.O.P. has yet to adhire to the Judges order. I understand that you cannot give legal advice on this matter, none the less, I don't exactly know how to enforce the Judges order. I would like to request that a Certified Copy of the order of Amendment be sent directly to the Headquarters of the F.B.O.P. in Grand Parie, Texas. Failing that, can you @ least inform me what motion I should file to bring this matter to a close? Thank you in advance for your attention to this matter.

Sincerely,
Jesse Parraz

Jesse Parraz # 58481-097    [address on reverse side]