PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC - 4 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jesse Frank Parraz         Case Number: 4:98CR00123-001 SWW

Name of Sentencing Judicial Officer:   Honorable George Howard, Jr.
                                       United States District Judge

                                       October 15, 2008: Case reassigned to the Honorable Susan
                                       Webber Wright, United States District Judge

Offense:              Possession with intent to distribute methamphetamine

Date of Sentence:     November 19, 2001

Sentence:             78 months Bureau of Prisons, 4 years supervised release, mandatory drug
                      testing, substance abuse treatment, supervised release is to be administered
                      where the defendant is a legal resident and/or the district where a suitable
                      release plan has been developed, and $100 special penalty assessment

Type of Supervision:  Supervised Release       Date Supervision Commenced: October 27, 2008
                                               Expiration Date: October 26, 2012

Asst. U.S. Attorney: Robert J. Govar           Defense Attorney: John Wesley Hall, Jr.

U.S. Probation Officer: Brent J. Young
Phone No.: 501-604-5284

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall submit to the search of his person, property, home and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.**

**The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.**

**As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient).**

Prob 12B                Case 4:98-cr-00123-SWW   Document 199   Filed 12/04/08   Page 2 of 4
                                            -2-                 Request for Modifying the
                                                                Conditions or Terms of Supervision
                                                                with Consent of the Offender

Name of Offender: Jesse Frank Parraz          Case Number: 4:98CR00123-001 SWW

## CAUSE

On October 27, 2008, Mr. Parraz was immediately released from the Bureau of Prisons due to an over-served time issue. Mr. Parraz has been a life-long residence of the state of California and requested his supervision be administered in the Eastern District of California. In order to better assist the probation office in the supervision of Mr. Parraz's case, they are requesting his conditions be modified to include the above-mentioned special conditions.

On October 28, 2008, Mr. Parraz signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release agreeing to the modification. Several attempts to contact his previously retained attorney, John Wesley Hall, Jr., have been made with no success.

_____                   _____
Brent J. Young                              Robert J. Govar
U.S. Probation Officer                      Assistant U.S. Attorney

Date: December 1, 2008                      Date: December 1, 2008

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

                                            _____
                                            Signature of Judicial Officer

                                            12-4-08
                                            Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

Prob 12B                                                                 Request for Modifying the
                                                                      Conditions or Terms of Supervision
                                                                         with Consent of the Offender

Name of Offender:  Jesse Frank Parraz                    Case Number:  4:98CR00123-001 SWW

BJY/jkr

c:  Defense Attorney, John Wesley Hall, Jr., 523 W. Third Street, Little Rock, AR 72201
    Assistant U.S. Attorney, Robert J. Govar, P.O. Box 1229, Little Rock, AR 72203

Prob 49
(03/89)

# United States District Court

### Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

The defendant shall submit to the search of his person, property, home, and vehicle by a united states probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient).

Witness _____  Signed _____
Ben J. Blankenship                       Jesse Frank Parraz
Senior U.S. Probation Officer            Supervised Releasee

_____10-28-08_____
Date

Rev. 5/2008
VIOLATION_WAIVER (PROB49).MRG