| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>4:98CR00123 SWW |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>1:08CR449 LJO |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Jesse Frank Parraz | DISTRICT<br>Eastern District of Arkansas | DIVISION<br><br>**FILED**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT ARKANSAS<br>FEB - 3 2009<br>JAMES W. McCORMACK, CLERK<br>By: _____ DEP CLERK |
| | NAME OF SENTENCING JUDGE<br>Susan Webber Wright | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>October 27, 2008 | TO<br>October 26, 2012 |

OFFENSE

21 U.S.C. §§ 846 and 841(a), Possession with the intent to distribute methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF ARKANSAS"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-4-08
Date

Susan Webber Wright
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of California

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec 23, 2008
Effective Date

United States District Judge


RECEIVED JAN 21 2009 U.S. PROBATION OFFICE E. DIST OF ARK